**HUNTON & WILLIAMS LLP**
Phillip J. Eskenazi (SBN 158976)
peskenazi@hunton.com
Jason J. Kim (SBN 221476)
kimj@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
ELECTROLUX
HOME PRODUCTS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SPARKS LANDEN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELECTROLUX HOME PRODUCTS, INC., a Delaware Corporation; CARLSONS APPLIANCES, INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO.: CV13-01033-DSF (SHX)<br><br>**DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO FIRST SET OF INTERROGATORIES**<br><br>[*Joint Stipulation and Declarations of Jason J. Kim and Catherine Burke Schmidt filed concurrently herewith*]<br><br>Hon. Stephen J. Hillman<br><br>Date:　February 10, 2014<br>Time:　2:00 p.m.<br>Ctrm.:　550<br><br>Action filed:　　　　　　January 8, 2013<br>Discovery cutoff date:　TBD<br>Motion cutoff date:　　TBD<br>Pretrial conference date:　TBD<br>Trial date:　　　　　　TBD |

# NOTICE OF MOTION AND MOTION

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on February 10, 2014, at 2:00 p.m., in Courtroom 550 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012, Defendant Electrolux Home Products, Inc. ("Electrolux") will, and hereby does, move this Court for an order compelling responses to Electrolux's First Set of Interrogatories propounded on Plaintiff Sparks Landen ("Plaintiff") under Rules 26(b), 33 and 37 of the Federal Rules of Civil Procedure and Local Rule 37-2 of the United States District Court, Central District of California.

This Motion is based upon the ground that Plaintiff failed to provide adequate responses to the following interrogatories from Electrolux's First Set of Interrogatories, per Rule 33 of the Federal Rules of Civil Procedure:  Interrogatory Nos. 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 16, 17, 19, 21 22 and 23.

This Motion will be based upon this Notice of Motion and Motion, the Joint Stipulation, the Declaration of Jason J. Kim, the Declaration of Catherine Burke Schmidt, the pleadings and papers on file, and upon such oral argument as may be made at the hearing on the Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place between November 13, 2013 and December 10, 2013.

Dated:  January 16, 2014

                                                 **HUNTON & WILLIAMS LLP**
Phillip J. Eskenazi
Jason J. Kim


By:       /s/ Phillip J. Eskenazi    
             Phillip J. Eskenazi
          Attorneys for Defendant
               ELECTROLUX
         HOME PRODUCTS, INC.

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

61550.000020 EMF_US 49081847v1