Jerome L. Ringler (State Bar No. 59918)
E-mail: jlr@ringlerandassociates.com
Catherine Burke Schmidt (State Bar No. 212827)
E-mail: cbs@ringlerandassociates.com
RINGLER & ASSOCIATES
233 Wilshire Blvd., Suite 900
Santa Monica, CA 90401
Tel:  310-955-4105/Fax:  310-955-4106

Michael S. Rapkin (State Bar No. 67220)
E-mail: msrapkin@gmail.com
Scott B. Rapkin (State Bar No. 261867)
E-mail: scottrapkin@rapkinesq.com
LAW OFFICES OF MICHAEL S. RAPKIN
233 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Tel:  310-319-5465/ Fax:  310-319-5355

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SPARKS LANDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., a Delaware Corporation; CARLSONS APPLIANCES, INC. a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendant | Case No.: CV13-01033-DSF (SHx)<br><br>**DECLARATION OF MICHAEL S. RAPKIN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hearing:<br>Date: June 30, 2014<br>Time: 1:30 p.m.<br>Ctrm: 840<br><br>Trial Date:  None Set<br>Scheduling Conf.: To Be Set Upon Ruling<br>Complaint Filed January 8, 2013 |

I, Michael S. Rapkin, declare as follows:

1. I am an attorney at law and the owner of the firm Law Offices of Michael S. Rapkin.  I am duly admitted to practice in all courts in California, including before this Honorable Court.  Our law firm serves as one of the two law firms that represent Plaintiffs in this action. I have personal knowledge of the facts set forth herein, (except where indicated upon information and belief) and if called as a witness, could and

1
Declaration Of Michael S. Rapkin In Support Of Plaintiff's Motion For Class Certification

would testify competently thereto. I am making this declaration in support of Plaintiffs' Motion for Class Certification Pursuant to FRCP 23.

2. I was admitted to the California Bar in 1975. I became a sole practitioner in 1975 and more recently was the managing partner of Rapkin, Gitlin & Beaumont, a Woodland Hills law firm for over 24 years. I sold my law practice in 2006 and went back to being a sole practitioner. On January 1, 2010 my son, Scott Rapkin, began working with me and we continue to work together in Santa Monica, California.

3. During my more than 38 years of practicing law I have been involved in more than forty complex litigation cases, mostly during my representation of hundreds of homeowners associations, as well as groups of homeowners, who have pursued developers in construction defect litigation and insurance companies for insurance bad faith litigation. These cases included suing Farmers Insurance and State Farm Insurance Company for insurance bad faith arising out of the 1994 Northridge earthquake, and led to over $100 million in settlements.

4. I have tried to successful jury verdict at least eight cases, including a six week jury trial on behalf of an association of homeowners who sued a developer for fraud, breach of fiduciary duty and construction defects. In addition, I have successfully tried numerous bench trials.

5. I have been involved in multiple cases of high impact litigation and in doing so have provided significant pro bono services. Such legal work has resulted in my legal representation of Guantanamo Bay detainees since 2005, where I have filed suit by seeking habeas corpus relief for denial of their constitutional rights. This legal work has been and is in the United States District Court for the District of Columbia. One case resulted in the release of a client/detainee in 2006. *See Al-Rubaish v. Bush, et al.*, 05-cv-1714 (RWR). Another habeas case is still pending in the District Court. *Ghanem v. Obama, et al.*, Case No. 05-cv-1638 (CKK). I have also been involved in writing an amicus curiae brief on behalf of all detainees in Guantanamo, which decision was a published opinion. *Rasul v. Myers, et al.*, 512 F.3d 644 ( D.C. Cir. 2008).

6. I tried my first federal case in or about 1981 in the United States Bankruptcy Court.

7. Our current law firm is co-counsel of record in another class action, before the Hon. Beverly Reid O'Connell, titled *Braun, et al.* v. *Safeco Insurance Company, et al.*, Case No. CV 13-00607 BRO (JCx). Our Motion for Class Certification is due to be filed in that matter on April 11, 2014.

8. Another case we are currently working on in the United States District Court is entitled *Desertrain v. City of Los Angeles*, Case No. 2:10-cv-09053 (RGK), wherein we are co-counsel for several individual homeless persons who are challenging, amongst other things, the constitutionality of Los Angeles Municipal Code § 48.15. Oral argument took place before the Ninth Circuit Court of Appeals on December 5, 2013, and a decision is pending.

9. I am a member of various professional organizations, including the Consumer Attorney's Association of Los Angeles, Los Angeles County Bar Association, and, for many years was a member of the San Fernando Valley Bar Association. While a member of that Association I served on its Board of Trustees, chaired its Lawyer Referral Service, and sat for years as a Judge Pro Tem in both Traffic Court and Small Claims Court. I have also served as a court-appointed mediator. For several years I have served on the Board of Trustees for the American Civil Liberties Union and, currently, chair its Economic Justice Committee. I am also a member of the Million Dollar Advocates Forum, for obtaining numerous settlements over $1,000,000.

10. My son and I are extensively involved to this day in pro bono legal work. In 2010, Public Counsel of Los Angeles named our firm its "Consumer Attorney Volunteers of the Year," based on our representation of an elderly lady in a lawsuit against a large bank based on a fraudulent deed, wrongful foreclosure, and unfair business practices in violation of Business & Professions Code § 17200. In addition, I received the Human Rights Award, presented by the Law Office of the Southern Center for Human Rights for "courageously" safeguarding the fundamental human rights of

persons detained at Guantanamo Bay (November 1, 2007).  In addition, since 2006, I have served as a frequent speaker in Southern California on habeas corpus, indefinite detention, and other constitutional issues arising out of Guantanamo Bay.

11. My co-counsel and I are clearly adequate to represent the interests of the class in this issue.  Our co-counsel is especially experienced in wage and hour class hour litigation.  Our named Plaintiffs are also adequate representatives for the proposed classes in that they will diligently represent the interests of the proposed classes.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed in Los Angeles County, California.

Dated: April 10, 2014            /s/ Michael Rapkin