**HUNTON & WILLIAMS LLP**
Phillip J. Eskenazi (SBN 158976)
peskenazi@hunton.com
Neil K. Gilman (admitted *pro hac vice*)
ngilman@hunton.com
Jason J. Kim (SBN 221476)
kimj@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
ELECTROLUX
HOME PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SPARKS LANDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., a Delaware Corporation; CARLSONS APPLIANCES, INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: CV13-01033-DSF (SHX)<br><br>**JOINT STIPULATION RE FILING EXHIBITS A-D TO THE DECLARATION OF CARL KING IN SUPPORT OF DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION UNDER SEAL** |

1  Plaintiff Sparks Landen and Defendant Electrolux Home Products, Inc.
2  (collectively, the "Parties") stipulate as follows:
3  WHEREAS on November 26, 2013, this Court ordered Defendant Electrolux
4  Home Products, Inc. ("Electrolux") to file its opposition to Plaintiff's Motion for
5  Class Certification by May 23, 2014;
6  WHEREAS Electrolux contends that Exhibits A-D to the Declaration of Carl
7  King in Support of its Opposition to Plaintiff's Motion for Class Certification ("King
8  Declaration") are design drawings that constitute confidential and proprietary
9  information that is subject to the Stipulated Protective Order entered October 22, 2013
10 and that Exhibits A-D of the King Declaration should be redacted from the copy that
11 is publicly filed;
12 WHEREAS compelling reasons exist to redact the design drawings attached as
13 Exhibits A-D to the King Declaration because these design drawings are not publicly
14 available and they constitute proprietary information, which if publicly disclosed
15 would hurt Electrolux's business by making proprietary designs available to
16 Electrolux's competitors;

25 / / /
26 / / /
27 / / /

28

**Hunton & Williams LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1
JOINT STIPULATION RE FILING EXHIBITS A-D TO THE DECLARATION OF CARL KING
IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION UNDER SEAL

1  NOW, THEREFORE, the Parties stipulate and agree to the filing of the King
2  Declaration under seal to redact Exhibits A-D thereto pursuant to Local Rule 79-5 of
3  the Central District of California.  Attached hereto as Exhibit A is a true and correct
4  copy of the Parties' Stipulated Protective Order.

Dated:  May 23, 2014

**HUNTON & WILLIAMS LLP**
Phillip J. Eskenazi
Jason J. Kim


By:  _____/s/ Jason J. Kim_____
Jason J. Kim
Attorneys for Defendant
ELECTROLUX
HOME PRODUCTS, INC.


Dated:  May 23, 2014

RINGLER SCHMIDT, A LAW
CORPORATION
in association with
LAW OFFICES OF MICHAEL S. RAPKIN


By:  ___/s/ Catherine Burke Schmidt___
Catherine Burke Schmidt
Attorneys for Plaintiff
Sparks Landen


**Attestation Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

I, Jason J. Kim, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.