**HUNTON & WILLIAMS LLP**
Phillip J. Eskenazi (SBN 158976)
peskenazi@hunton.com
Neil K. Gilman (admitted *pro hac vice*)
ngilman@hunton.com
Jason J. Kim (SBN 221476)
kimj@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
ELECTROLUX
HOME PRODUCTS, INC.

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

SPARKS LANDEN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ELECTROLUX HOME PRODUCTS, INC., a Delaware Corporation; CARLSONS APPLIANCES, INC., a California Corporation; and DOES 1 through 20, inclusive,

Defendants.

CASE NO.: CV13-01033-DSF (SHX)

**DECLARATION OF JASON J. KIM IN OPPOSITION TO PLAINTIFF SPARKS LANDEN'S MOTION FOR CLASS CERTIFICATION**

Date: June 30, 2014
Time: 1:30 p.m.
Crtm.: 840

*[Opposition to Motion for Class Certification and Declarations of Matthew Cribb, Shawn Hayes and Carl King filed concurrently herewith]*

Complaint filed: January 8, 2013

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

**DECLARATION OF JASON J. KIM**

I, Jason J. Kim, declare:

1. I am an attorney admitted before all courts in the State of California and am an associate with the law firm of Hunton & Williams LLP, counsel of record for Electrolux Home Products, Inc. ("Electrolux") in the above-captioned matter. I have personal knowledge of the matters set forth herein, and if called upon to do so, could and would testify competently thereto.

2. Plaintiff deposed Electrolux's Risk Claims Manager, Stephen R. Brown, on March 4, 2014. I personally attended that deposition.

3. On January 22, 2014, during the course of discovery, Electrolux produced what I understand to have been true and complete copies of all claim files located in Electrolux's STARS database going back to 2005 that related generally to Electrolux washing machines that have overflowed.

4. On March 19, 2014, during the course of discovery, Electrolux produced what I understand to have been true and complete copies of all complaints filed against Electrolux going back to 2005 that related generally to Electrolux washing machines that have overflowed.

5. Attached hereto as Exhibit A are true and correct copies of those portions of the deposition transcript of Shawn Hayes cited in Electrolux's opposition to Plaintiff's class certification motion.

6. Attached hereto as Exhibit B are true and correct copies of those portions of the deposition transcript of Carl King cited in Electrolux's opposition to Plaintiff's class certification motion.

7. Attached hereto as Exhibit C is a true and correct copy of the expert report prepared for Electrolux by Dr. Jahan Rasty in opposition to Plaintiff's class certification motion.

8. Attached hereto as Exhibit D are true and correct copies of those portions of the deposition transcript of Plaintiff Sparks Landen cited in Electrolux's opposition to Plaintiff's class certification motion.

9. Attached hereto as Exhibit E is a true and correct copy of the expert report prepared for Electrolux by Dr. Christine Wood in opposition to Plaintiff's class certification motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of May 2014, at Los Angeles, California.

/s/ Jason J. Kim
Jason J. Kim

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627