# EXHIBIT B

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                          WESTERN DIVISION

 4

 5   SPARKS LANDEN, individually   )
     and on behalf of all others   )
 6   similarly situated,           )
                                   )
 7                  Plaintiff,     )
                                   )
 8   vs.                           ) Case No.
                                   ) CV13-01033-DSF (SHx)
 9   ELECTROLUX HOME PRODUCTS,     )
     INC., a Delaware Corporation; ) Volume I
10   CARLSONS APPLIANCES, INC. a   )
     California Corporation; and   )
11   DOES 1 through 20, inclusive, )
                                   )
12                  Defendant.     )
     _____)
13

14

15

16            VIDEOTAPED DEPOSITION OF CARL D. KING

17                    Los Angeles, California

18                     Monday, March 10, 2014

19

20

21

22

23

24   Reported by:  Alla Ponto
                  CSR No. 11046
25   NDS Job No.:  161081

                                                                    1
```

Carl D. King                                                                                   March 10, 2014

```
 1    BY MR. RINGLER:
 2        Q.   Again, with regard to the various --
 3    strike; withdraw.
 4             Again, with regard to the air hose in the
 5    freestanding top-loader washers that connected to
 6    the air dome in the tub and the pressure switch in
 7    the console, how many different air hoses were there
 8    between the '05 model year and the time you left?
 9        A.   I am not sure I can really tell you in that
10    definition with the time frame, but there were 23
11    variants of it.
12        Q.   With regard, again, to the freestanding
13    top-loader washing machines manufactured by
14    Electrolux with an air hose connected to the air
15    dome and that part located in the tub and pressure
16    switch and that part located in the console, how
17    many different pressure switches were there or
18    variants of a pressure switch were there between '05
19    and the time you left?
20             MR. KIM:  Objection; vague.
21             THE WITNESS:  I'd say I'd qualify it the
22    same way.  I can't tell you from '05.  But when I
23    looked it up, over time there were like 33 different
24    pressure switches and at least one transducer.
25             ///
```

22

Carl D. King                                                           March 10, 2014

```
 1          Q.   You said, "I am readily" -- again,
 2    returning to your declaration:
 3                "I am readily familiar with the
 4          WSM2700 and FGX831 washing machines'
 5          air hose and tub components and
 6          features.  Twenty-two additional
 7          models utilize the same air hose and
 8          tub part numbers as the WSM2700 and
 9          FGX831 washing machine.
10                "After reviewing Electrolux's
11          sales records, I have determined that
12          it has sold well over 300,000 of
13          those additional models in California
14          since January 1, 2008."
15                By that statement, do you mean 300,000 in
16    addition to the number of model referenced in the
17    preceding paragraph?
18                MR. KIM:   I would object to the extent the
19    document speaks for itself.
20                THE WITNESS:   That's what the document
21    says.  It's additional.
22    BY MR. RINGLER:
23          Q.    So are you saying that your review showed a
24    total of 300,000, plus 73,000, plus 41,000?
25                MR. KIM:   I would object that the document
```

41

1    speaks for itself.
2             MR. RINGLER:  Counsel, this is a
3    declaration he prepared.  I want to know what he
4    intended when he wrote these numbers.  All right?
5    That's the way it works.
6    BY MR. RINGLER:
7        Q.   Are you saying that when the 300,000 as
8    used as "additional" in your terms, you're adding it
9    to the 41,594 figure, and you are adding it to the
10   73,608 figure?
11            MR. KIM:  I would object that the document
12   speaks for itself.
13            THE WITNESS:  That's how I read it, too.  I
14   don't recall looking at the document, recalling what
15   the numbers are right now.  But that's how I would
16   read it and interpret it.
17   BY MR. RINGLER:
18       Q.   "Are" -- that's what I am after.
19            And thus you would interpret the total of
20   machines that you referenced that were manufactured
21   by Electrolux with an air dome connecting to an air
22   hose which would connect to a pressure switch as the
23   total of 41,594, plus 73,608, plus 300,000?
24            MR. KIM:  I would object that that
25   misstates the contents of the document.

Carl D. King                                                                                              March 10, 2014

```
 1    BY MR. RINGLER:
 2         Q.   Is that correct?
 3              MR. KIM:  The document speaks for itself.
 4              THE WITNESS:  Yes.
 5    BY MR. RINGLER:
 6         Q.   Now, let me ask the question a different
 7    way.
 8              Do you believe, based on what you have
 9    testified here today, that that would be the total
10    of all freestanding top-loaders and free -- and
11    laundry center top-loaders sold to California during
12    those years, or that there would be still others?
13              MR. KIM:  Objection; vague and ambiguous.
14              THE WITNESS:  I think that the -- these
15    answers were focused on the complaint which focused
16    on specific part numbers that were issued in the
17    complaint.
18    BY MR. RINGLER:
19         Q.   Here's what I am driving at, Mr. King:  You
20    have been clear in your testimony here today that
21    between '05 and the time you left Electrolux, all
22    freestanding top-loaders had an air dome in the tub
23    which connected to an air hose which thereafter
24    connected to a pressure switch in the console.
25              Do you recall that testimony?
```

43

Carl D. King                                                          March 10, 2014

```
 1            MR. KIM:  Objection; misstates prior
 2   testimony.
 3            THE WITNESS:  Yes.  All of them have those
 4   components.
 5   BY MR. RINGLER:
 6       Q.   And you said the same was true with the
 7   laundry center top-loader with one minor exception
 8   that addressed the change in the pressure switch
 9   late in the tenure of your work at Electrolux;
10   correct?
11            MR. KIM:  Objection; misstates prior
12   testimony; vague and ambiguous.
13            THE WITNESS:  Yes.
14   BY MR. RINGLER:
15       Q.   That's what I thought.
16            So my question to you is the following:
17   Would there be additional freestanding top-loader
18   machines with the design we've just discussed to
19   those identified in your declaration sold to
20   California between '05 and the time you left
21   Electrolux?
22            MR. KIM:  Objection; calls for speculation;
23   no foundation; misstates prior testimony and goes
24   beyond the scope of the noticed topics.
25            THE WITNESS:  I don't know.  Right now, we
```

44

```
 1    focused this response specifically on the complaint
 2    and the part numbers listed in the complaint.
 3    BY MR. RINGLER:
 4        Q.    And limited to -- and limited it to that?
 5        A.    It was based on the complaint.  The answer
 6    was based on the complaint.
 7        Q.    And you would agree there were models
 8    beyond those in the complaint that had the air dome
 9    connecting to the air tube connecting to the
10    pressure switch in freestanding top-loaders made
11    between '05 and the time you left Electrolux;
12    correct?
13        A.    There were variations to the pressure tube
14    in other models.
15        Q.    And some of those were sold to California;
16    correct?
17              MR. KIM:  Objection; calls for speculation.
18              THE WITNESS:  I don't know.  I don't have
19    access to the sales records.  Our marketing people
20    do.
21    BY MR. RINGLER:
22        Q.    Do you have any reason to believe they
23    weren't?
24              MR. KIM:  Objection; calls for speculation.
25              THE WITNESS:  I have no reason to believe
```

45

Carl D. King                                                                 March 10, 2014

```
 1   either connection service -- rather, pressure switch
 2   or air dome in the freestanding top-loader or
 3   laundry center top-loader between '05 and the time
 4   you left; correct?
 5           MR. KIM:  Objection; vague and ambiguous;
 6   misstates prior testimony.
 7           THE WITNESS:  There's no extra tube
 8   immediately around the connections.
 9   BY MR. RINGLER:
10       Q.  At those two ends?
11       A.  At those two -- there's no extra hose
12   immediately by those connections.
13       Q.  So the answer to my question is "yes"?
14       A.  Yes.  There's no extra hose at those
15   connections.
16       Q.  Just bear with me.  We're almost done.
17           Let's go off the record for just a minute.
18           THE VIDEOGRAPHER:  Off the record at 12:40.
19           (Recess.)
20           THE VIDEOGRAPHER:  Back on the record at
21   12:51.  Please continue.
22   BY MR. RINGLER:
23       ==Q.==  ==You mentioned in your earlier testimony==
24   ==that the pressure switch was changed with a==
25   ==transducer.==
```

117

Carl D. King                                                                 March 10, 2014

```
 1                What change did that affect?
 2        A.      The pressure switch didn't change.  The
 3   transducer is instead of a pressure switch.
 4        Q.      It's a replacement for a pressure switch?
 5        A.      Yes.
 6        Q.      And did the transducer change the connector
 7   between the air hose and the transducer as opposed
 8   to air hose and the pressure switch?
 9                MR. KIM:  Objection; vague and ambiguous.
10                THE WITNESS:  The two hooks to either
11   component.  They are different components.  I can't
12   say that the two are the same.
13   BY MR. RINGLER:
14        Q.      You would need to see design drawings to
15   answer that question?
16        A.      Yes.
17        Q.      And none of those have been presented to
18   you here today; correct?
19        A.      I have not seen a transducer drawing.  No.
20        Q.      Let me show you this exhibit.  It's
21   previously been marked as 4 for identification.  And
22   it's the "Laundry centers produced January 1, 2005,
23   through December 31, 2005," and then right on
24   through "January 1, 2010, through December 31,
25   2010."
```

118

```
STATE OF CALIFORNIA    )
                       )  ss:
COUNTY OF LOS ANGELES  )
```

I, ALLA PONTO, do hereby certify:

That I am a duly qualified Certified Shorthand Reporter, in and for the State of California, holder of certificate number 11046, which is in full force and effect and that I am authorized to administer oaths and affirmations;

That the foregoing deposition testimony of the herein named witness was taken before me at the time and place herein set forth;

That prior to being examined, the witness named in the foregoing deposition, was duly sworn or affirmed by me, to testify the truth, the whole truth, and nothing but the truth;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me, and were thereafter transcribed under my direction and supervision;

That the foregoing pages contain a full, true and accurate record of the proceedings and testimony to the best of my skill and ability;

That prior to the completion of the foregoing deposition, review of the transcript was requested.

130

1    I further certify that I am not a relative or
2    employee or attorney or counsel of any of the parties,
3    nor am I a relative or employee of such attorney or
4    counsel, nor am I financially interested in the outcome
5    of this action.

7    IN WITNESS WHEREOF, I have subscribed my name
8    this  18th  day of  March    , 2014 .

12    ALLA PONTO, CSR No. 11046