**HUNTON & WILLIAMS LLP**
Phillip J. Eskenazi (SBN 158976)
peskenazi@hunton.com
Neil K. Gilman (admitted *pro hac vice*)
ngilman@hunton.com
Jason J. Kim (SBN 221476)
kimj@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
ELECTROLUX
HOME PRODUCTS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SPARKS LANDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., a Delaware Corporation; CARLSONS APPLIANCES, INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: CV13-01033-DSF (SHX)<br><br>**DECLARATION OF SHAWN HAYES IN OPPOSITION TO PLAINTIFF SPARKS LANDEN'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:   June 30, 2014<br>Time:  1:30 p.m.<br>Crtm.:  840<br><br>*[Opposition to Motion for Class Certification and Declarations of Carl D. King, Matthew Cribb and Jason J. Kim filed concurrently herewith]*<br><br>Complaint filed:   January 8, 2013 |

DECLARATION OF SHAWN HAYES

## DECLARATION OF SHAWN HAYES

I, Shawn Hayes, declare:

1. I am the Product Line Manager for Fabric Care for Defendant Electrolux Home Products, Inc. ("Electrolux"). I have been with Electrolux since July 2007, during which time, in addition to my current position, I have held various positions in sales, marketing, finance and product management. I have personal knowledge of the facts set forth in this declaration, and I could and would competently testify to the facts herein if called upon to do so.

2. In my current capacity as Product Line Manager, and based on my years of experience with Electrolux, I am generally familiar with the Company's warranty programs. Within the last 10 years, Electrolux has never provided a standard limited warranty in excess of one year in connection with its major home appliance products, including washing machines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22 day of May 2014, at Charlotte, North Carolina.

_____
Shawn Hayes