**HUNTON & WILLIAMS LLP**
Phillip J. Eskenazi (SBN 158976)
peskenazi@hunton.com
Neil K. Gilman (admitted *pro hac vice*)
ngilman@hunton.com
Jason J. Kim (SBN 221476)
kimj@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
ELECTROLUX
HOME PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SPARKS LANDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., a Delaware Corporation; CARLSONS APPLIANCES, INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: CV13-01033-DSF (SHX)<br><br>**DECLARATION OF MATTHEW CRIBB IN OPPOSITION TO PLAINTIFF SPARKS LANDEN'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:     June 30, 2014<br>Time:    1:30 p.m.<br>Crtm.:   840<br><br>*[Opposition to Motion for Class Certification and Declarations of Carl D. King, Shawn Hayes and Jason J. Kim filed concurrently herewith]*<br><br>Complaint filed:     January 8, 2013 |

DECLARATION OF MATTHEW CRIBB

# DECLARATION OF MATTHEW CRIBB

I, Matthew Cribb, declare:

1. I am the Manager of Risk Management Services for Defendant Electrolux North America, Inc. ("Electrolux"), a position that I have held since January, 2013. In that capacity, I am familiar with Electrolux's risk management and claims intake policies, procedures and file keeping systems. I have personal knowledge of the facts set forth in this declaration, and I could and would competently testify to the facts herein if called upon to do so.

2. When an individual or entity contacts Electrolux and claims that an Electrolux product has caused property damage and/or injury, Electrolux will create a file documenting the claim in its "CS STARS" database. Likewise, when an individual or entity sues Electrolux based on a claim that an Electrolux product has caused damage, Electrolux will create a file documenting the lawsuit in its "Case Track" database. As Electrolux's Manager of Risk Management Services, I am familiar with and have access to Electrolux's CS STARS and Case Track databases.

3. I am familiar with searches of both databases run to identify claims made in California against Electrolux since 2005 that related generally to overflowing washing machines. That search returned 7 results from the CS STARS database and 25 results from the Case Track database. None of those claims involved a claim for personal injury.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of May 2014, at Charlotte, North Carolina.

_____
Matthew Cribb

1
DECLARATION OF MATTHEW CRIBB