**HUNTON & WILLIAMS LLP**
Phillip J. Eskenazi (SBN 158976)
peskenazi@hunton.com
Neil K. Gilman (admitted *pro hac vice*)
ngilman@hunton.com
Jason J. Kim (SBN 221476)
kimj@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
ELECTROLUX
HOME PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SPARKS LANDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., a Delaware Corporation; CARLSONS APPLIANCES, INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: CV13-01033-DSF (SHX)<br><br>**DECLARATION OF CARL KING IN OPPOSITION TO PLAINTIFF SPARKS LANDEN'S MOTION FOR CLASS CERTIFICATION**<br><br>**[Exhibits A-D Filed Under Seal]**<br><br>Date:  June 30, 2014<br>Time:  1:30 p.m.<br>Crtm.: 840<br><br>*[Opposition to Motion for Class Certification and Declarations of Matthew Cribb, Shawn Hayes and Jason J. Kim filed concurrently herewith]*<br><br>Complaint filed:  January 8, 2013 |

# DECLARATION OF CARL KING

I, Carl King, declare:

1. I served as a Product Safety Engineer for Defendant Electrolux Home Products, Inc. ("Electrolux") from 2005 until 2013. While I am no longer a full-time Electrolux employee, I nonetheless continue to serve as a product safety consultant for the Company. I began working for Electrolux in March of 1992, when I first became involved in the manufacture and distribution of its washing machines. I have personal knowledge of the facts set forth in this declaration, and I could and would competently testify to the facts herein if called upon to do so.

2. Throughout the relevant timeframe, Electrolux has utilized air hoses in its washing machines that have come in twenty-three (23) different lengths to accommodate different models. Attached hereto as Exhibit A is a design drawing that reflects those varying lengths. The varying lengths are presented in the highlighted table that appears in the middle of Exhibit A.

3. Throughout the relevant timeframe, Electrolux has changed its air dome schematics six (6) different times. Attached hereto as Exhibit B is a design drawing that reflects Revision "F" of the air dome; *i.e.*, the seventh iteration of the air dome. Attached hereto as Exhibits C and D are design drawings that reflect Revisions "D" and "E" of the air dome. The highlighted tables in the lower righthand corners of both documents reflect the various revisions to the air dome schematics.

4. Electrolux stopped using mechanical pressure switches in its washing machines in or around 2012. It now uses electronic transducers, which regulate water levels differently. More specifically, a pressure switch, as its name implies, is a switch similar to a light switch. An electrical current passes through the switch and the circuit/power is cut by opening contacts. Transducer models, on the other hand, work differently. When water enters the washing machine's tub, the pressure in the transducer changes, which then creates a low voltage signal that is transmitted to an

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

electronic control that makes a decision based on this voltage whether to continue filling the tub or to shut the water off.

5. In certain of its washing machines, Electrolux fastened the air hoses therein to the side of the tub with tape that is manually applied during the assembly process. Electrolux, however, used different types of tape -- with different adhesive qualities and durability. In or around 2009, Electrolux began to use a more adhesive and durable type of tape than it previously had used.

6. During the assembly process, Electrolux will manually apply a chemical solvent to aid in the adhesion of the air hose to other components like the air dome or the pressure switch. The ends of the air hose are literally dipped into a container of solvent by hand, before they are fastened to either the air dome or, in some cases, a pressure switch, or, in other cases, a transducer.

7. Throughout the relevant timeframe, Electrolux has used pressure switches with nipples that were housed in both plastic and metal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23 day of May 2014, at Webster City, Iowa.

_____
Carl King

# EXHIBIT A

# [EXHIBIT UNDER SEAL]

# EXHIBIT B

# [EXHIBIT UNDER SEAL]

# EXHIBIT C

# [EXHIBIT UNDER SEAL]

# EXHIBIT D

# [EXHIBIT UNDER SEAL]